CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Juan Antonio Aguilar-Gonzalez**<br>DOB: 1997; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-07857MJ |

Complaint for violation of Title 18, United States Code §§ 922(g)(5)(A) and 924(a)(8)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 6, 2025, in the District of Arizona, **Juan Antonio Aguilar-Gonzalez**, knowing he was an alien illegally or unlawfully in the United States, did knowingly possess a firearm, in and affecting interstate and foreign commerce to wit: one (1) Taurus 9mm pistol, in violation of Title 18, United States Code §§ 922(g)(5)(A) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about May 6, 2025, at approximately 5:30 p.m., United States Border Patrol Agents (BPA) stopped a vehicle driven by the defendant, **Juan Antonio Aguilar-Gonzalez**, and occupied one other front passenger near Menegers, Arizona. BPAs stopped the vehicle due to suspicious driving behavior indicative of possible alien smuggling. The vehicle was registered out of Mesa, Arizona, and had a temporary license plate. During the encounter, **Aguilar-Gonzalez** exhibited signs and symptoms of nervousness in that he was fidgety, animated, and stumbled upon his words during questioning. **Aguilar-Gonzalez** admitted to having a gun in the center console along with a Mexican passport. The gun was found in the center console, with a full magazine and no round in the chamber. **Aguilar-Gonzalez** stated that he was from Mexico. When asked if he had documentation to be legally present in the United States, he stated "no." The passenger was also illegally present in the United States.

The handgun was a Taurus 9mm pistol, bearing serial number ADG482710 was seized along with forty rounds of 9mm ammunition.

In a post-*Miranda* statement, **Aguilar-Gonzalez** admitted he is a citizen and national of Mexico without the necessary legal documents to enter, pass through, or remain in the United States. He admitted to illegally crossing the international boundary on July 1, 2016, near Douglas, Arizona, without being inspected by an immigration officer at a designated Port of Entry. **Aguilar-Gonzalez** admitted that he has been in the United States illegally since 2016. **Aguilar-Gonzalez** was previously ordered removed in absentia by an Immigration Judge on June 29, 2023, in Atlanta, Georgia.

ATF gave a preliminary finding that the firearm traveled in or affected interstate commerce.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Andrew Carpenter<br>Border Patrol Agent |
|---|---|

Subscribed to and sworn to telephonically _x_

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 7, 2025 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA Raquel Arellano